YU | MOHANDESI LLP
1055 W. 7th St., Suite 2150
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATINA LACY,<br><br>                         Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, LLC<br><br><br>                         Defendants. | Case No.:  2:19-cv-00951-JAM-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Having reviewed the parties' Stipulation to Extend Defendant CONVERGENT OUTSOURCING, INC.'s ("Defendant") Time to Respond to Initial Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Defendant shall have until September 9, 2019 to file a response to Plaintiff's Complaint.


DATED:  August 21, 2019                    /s/ John A. Mendez_____

                                                             U. S. District Court Judge

PROPOSED ORDER