YU | MOHANDESI LLP
1055 W. 7th St., Suite 2150
Los Angeles, CA 90017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATINA LACY, | Case No.: 2:19-cv-00951-JAM-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT RULE 26(F) REPORT** |
| v. | |
| CONVERGENT OUTSOURCING, LLC | |
| Defendants. | |

Having reviewed the parties' Stipulation to Extend Deadline to File Joint Rule 26(f) Report, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have until September 9, 2019 to file a Joint Rule 26(f) Report.

DATED: August 21, 2019

_____      /s/ John A. Mendez_____
                                     U. S. District Court Judge

PROPOSED ORDER