# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATINA LACY, § § Plaintiff, § § v. § § CONVERGENT OUTSOURCING, LLC, § § Defendant. § | Civil Action No. 2:19-cv-00951-JAM-KJN<br><br>**ORDER** |

This Court has received the parties' Joint Stipulation to Extend Deadline to File Dismissal, and good cause being shown, the stipulation is **GRANTED**. Parties shall file Dismissal documents on or before March 6, 2020, or otherwise the action is subject to dismissal with prejudice.

**IT IS SO ORDERED**.

Dated: 2/6/2020

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge